IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO.   1:25-MJ-290 |
| | : | |
| **IRFAN CHHIPA** | : | |
| | : | |
| **Defendant.** | : | |

## REQUEST FOR SUBPOENAS

It is respectfully requested that the Clerk of the Court issue subpoenas as indicated in the attached proposed subpoena for appearance before the United States District Court for the Eastern District of Virginia, at 9:30 a.m. on December 16, 2025, then and there to testify on behalf of the Defendant:

        3 subpoenas

                                      Respectfully Submitted,
                                      Irfan Chhipa
                                      By Counsel

ELSAYED LAW PLLC


BY: ____/s/_____
     Muhammad Elsayed
     Virginia Bar No. 86151
     3955 Chain Bridge Road, Floor 2
     Fairfax, Virginia 22030
     (703) 884-2636
     (703) 884-2637 (fax)
     me@elsayedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                                                                                                         /s/_____
                                                              Muhammad Elsayed
                                                              Virginia Bar No. 86151
                                                              3955 Chain Bridge Road, Floor 2
                                                              Fairfax, Virginia 22030
                                                              (703) 884-2636
                                                              (703) 884-2637 (fax)
                                                              me@elsayedlaw.com